UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LESLIE KEITH MAY,

    Petitioner,

v.                                                    Case No. 2:04-cv-198
                                                    HON. GORDON J. QUIST

LINDA METRISH,

    Respondent.
_____/

## OPINION AND ORDER APPROVING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. The Court has received objections from the petitioner. In accordance with 28 U.S.C. § 636(b)(1), the Court has performed *de novo* consideration of those portions of the Report and Recommendation to which objection has been made.

Petitioner's habeas application is clearly barred by the statute of limitations period. Petitioner's assertion of newly discovered evidence and claim of actual innocence are not supported by the record.

THEREFORE, IT IS ORDERED that the Report and Recommendation of the Magistrate Judge is approved and adopted as the opinion of the court.

Dated: March 3, 2006                                                    /s/ Gordon J. Quist
                                                                          GORDON J. QUIST
                                                               UNITED STATES DISTRICT JUDGE