UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LESLIE KEITH MAY,

    Petitioner,

v.                                               Case No. 2:04-cv-198
                                                HON. GORDON J. QUIST

LINDA METRISH,

    Respondent.

_____/

## **JUDGMENT**

In accordance with the Opinion and Order entered this date,

IT IS HEREBY ORDERED that the petition for writ of habeas corpus is DISMISSED. Petitioner's motion for discovery (docket #28) is DENIED.

IT IS FURTHER ORDERED that a certificate of appealability is DENIED as to each issue raised by the petition in this application for habeas corpus relief because petitioner has failed to make a "substantial showing of a denial of a constitutional right." 28 U.S.C. § 2253(c)(2).


Dated: March 3, 2006                                              /s/ Gordon J. Quist
                                                              GORDON J. QUIST
                                                         UNITED STATES DISTRICT JUDGE